THE STATE SAVINGS INSTITUTION

*v.*

JOHN A. NELSON.

JUDGMENT—*power of the court after the term.* The power of the court over its judgments, except to amend them in matters of form, or to correct clerical errors, is gone when the term at which they were rendered has expired. After that time, a court cannot, on motion, set aside a judgment.

APPEAL from the Recorder's Court of Chicago; the Hon. EVERT VAN BUREN, Judge presiding.

On the 3d day of October, 1865, the State Savings Institution recovered a judgment in the court below, against John A. Nelson, the then sheriff of Cook county, for the sum of $1,500, for failing to pay over money collected by him upon execution.

On the 10th of February, 1868, the court, on motion of Nelson, set aside that judgment. The record is brought to this court, and the order setting aside the judgment is assigned as error.

Mr. A. C. STORY, for the appellant.

Messrs. GOODRICH, FARWELL & SMITH, for the appellee.

Mr. JUSTICE LAWRENCE delivered the opinion of the Court:

The judgment in this case was set aside on motion, more than two years after its rendition. The court had no power to do this. Its power over the judgment, except to amend it in matters of form, or to correct clerical errors, was gone when the term at which it was rendered expired. *Cook* v. *Wood*, 24 Ill. 296. The appellee, if entitled to relief, must seek it in a court of chancery.

The order setting aside the judgment is reversed.

*Judgment reversed.*